# UNITED STATES DISTRICT COURT
## for the
### EASTERN District of NEW YORK (BROOKLYN)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 24 2008 ★
/p

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: CR-99-207(S-1)-03 (JG) |
| **JULIO A. ORTIZ** ) | USM No: 54324-053 |
| Date of Previous Judgment: February 4, 2000 ) | Bernard H. Udell, Esq. (718) 596-2410 |
| (Use Date of Last Amended Judgment if Applicable) ) | 16 Court Street, Suite 1004, Brooklyn, NY 11241 |
| ) | Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ✔ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ✔ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  One-hundred and thirty-five (135)  months **is reduced to**  TIME SERVED .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: 33  Amended Offense Level: 31
Criminal History Category: I  Criminal History Category: I
Previous Guideline Range: 135 to 168 months  Amended Guideline Range: 108 to 135 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

✔ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  2/4/2000  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: March 21, 2008

s/John Gleeson
_____
Judge's signature

Effective Date: March 21, 2008
(if different from order date)

JOHN GLEESON, U.S.D.J.
Printed name and title